UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LUIS ENRIQUE PEREZ FUENTES A #220-587-992, <br><br> Petitioner, <br><br> v. <br><br> BRISON SWEARINGEN in his official capacity as Sheriff-Warden of Clay County Jail, et al., <br><br> Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 2:25-cv-00565-MPB-MKK |

**Order Directing Clerk to Issue Amended Final Judgment**

The Court granted Petitioner's petition for a writ of habeas corpus on November 25, 2025, and issued final judgment that same day. Dkts. 15, 16. The final judgment, however, did not specify the relief that was awarded. *See Johnson v. Acevedo*, 572 F.3d 398, 400 (7th Cir. 2009). Accordingly, **the clerk is directed** to issue an amended final judgment consistent with the Court's order granting the petition.

**So Ordered.**

Dated: January 22, 2026

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel